**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF WASHINGTON
AT TACOMA
OFFICE OF THE CLERK

| | |
|---|---|
| WILLIAM M. MCCOOL<br>CLERK | 1717 PACIFIC AVE.<br>ROOM 3100<br>TACOMA, WA 98402 |

November 21, 2011

District Court Case No.:   3:11−cv−05954−BHS
Related Case No(s).:      USBC WAWB 11−T016
Adversary No:             10−4390
Case Title:               Frazer et al v. Deutsche Bank National Trust Company et al

Counsel:

The District Court has received an appeal on a bankruptcy matter filed by . It was filed in this court on **November 17, 2011** and assigned to the Honorable Benjamin H Settle.

When the Record is complete, Bankruptcy will file the Certificate of Record with District Court. Accordingly, a briefing schedule will be entered and the appeal placed on the court's calendar pursuant to Local Rule GR7(2.03)(b).

Please be advised that all documents must indicate both the District Court and the Bankruptcy Appeal number.

Sincerely,

WILLIAM M. MCCOOL,
CLERK

s/Rachel Evans
Deputy Clerk


cc:    Bankruptcy Court