UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In re:<br><br>W. Mark Frazer and Konilynn Frazer,<br><br>                                 Appellants,<br><br>  - vs -<br><br>Northwest Trustee Services, Inc.<br><br>                                 Appellees. | CHAPTER 7<br><br>BANKRUPTCY NO. 10-44491<br><br>INTERNAL APPEAL NO. 11-T016<br><br>USDC CASE NO. C11-5954BHS<br><br>ADV NO. 10-04390<br><br>**MOTION FOR ENLARGEMENT OF TIME TO FILE BRIEF** |

The Appellants herein, having quite extraordinary circumstances, hereby respectfully Motion this Court to grant an enlargement of time in which to file Appellants' Brief. In support hereof, the Appellants represent as follows:

**BRIEF HISTORY OF THE CASE**

The Appellants commenced an adversary proceeding against various parties within the underlying Bankruptcy Petition, including the Appellee herein,

Northwest Trustee Services Inc. [hereinafter: "NWTS"]. Subsequently, Appellee NWTS by counsel filed a Motion for Summary Judgment, and the Court [Snyder, Paul B.] heard oral argument on 3 November 2011. The Court reserved Judgment, and issued a Decision Granting Summary Judgment on 7 November 2011, from which the Plaintiffs therein, Appellants herein, timely appealed. The Appellants' Brief would ordinarily be due on 26 June 2012. One previous extension has been granted.

### EXTRAORDINARY INTERVENING EVENTS

Appellants currently have living with them an adult daughter who at this time was pregnant with child, with a delivery date of July 15th. The father is at sea with the United States Navy and not expected back on shore leave until early September when his current rotation of sea duty would end. Over the course of the weekend of 23 June 2012, the daughter proceeded to experience a sequence of false labors and eventually did enter final labor, three weeks prematurely, and has now delivered an infant child. Mother and child are just now returned to the household on the evening of June 26th and the appellants herein, given the absent father on duty at sea, are suddenly placed in the role of both attending to the matters of delivery and of care for mother and child. These events, unanticipated, are an Act of God in its purest sense and are

reasonable grounds to Motion this Court for a short enlargement of time to file the appellants' Brief on Appeal. The matters as described have brought chaos into the lives of the Appellants as the sole responsible caretakers for both mother and infant and disrupted their ability to finish their Appeal brief in an orderly manner. Attached to this motion are images of the hospital tags for mother and baby. **Appendix A**

### RELIEF REQUESTED

Appellants petition this court for a one-week enlargement of time to file their Appellant Brief.

Counsel for Respondent NWTS, which law firm also owns the defendant respondent, has been contacted and state that they have no opinion as to this Motion for enlargement of time.

### PARTIES TO THE APPEAL and Relevant Notice

As required under rule 8011 (d) below are the addresses of parties noticed under emergency criteria as enumerated in 8011(d) if applicable. In addition, please note there is no need to remand to fact finding court (Bankruptcy Court) and under 8011 (e) if the Court deems proper one judge could determine the instant matter.

| | |
|---|---|
| <u>APPELLANTS</u> (Moving Party)<br>W. Mark Frazer and Konilynn Frazer<br>10404 45th St Ct E<br>Edgewood, WA 98372<br>253-820-8245 | <u>APPELLEES</u> (Opposing Counsel)<br>Northwest Trustee Services, Inc.<br>C/O Melissa Romeo<br>Routh Crabtree Olsen, P.s.<br>13555 SE 36th Street, Suite 300<br>Bellevue, WA 98006<br>425-213-6042 |

WHEREFORE. Appellants respectfully request a one-week enlargement of time to file the Appellants' Brief herein to the due date of July 3rd, 2012.

DATED this 26th day of June, 2012.

<u>/s/ W. Mark Frazer</u>

W. Mark Frazer, *pro se*
Konilynn Frazer, *pro se*
10404 45th St Ct E
Edgewood WA 98372
253-820-8245

# CERTIFICATE OF SERVICE

USDC CASE NO.  C11-5954
INTERNAL APPEAL NO.  11-T016

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court by using the CM/ECF system on June 26, 2012

I certify that counsel for Appellee are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Signature: /s/ W. Mark Frazer