

**Appendix A**