Melissa Williams Romeo, WSBA #40644  
ROUTH CRABTREE OLSEN, P.S.  
13555 SE 36th Street, Suite 300  
Bellevue, WA 98006  
Telephone: 425-457-7270  
Facsimile: 425-457-7332  

The Honorable Judge Benjamin H Settle  
Chapter 7  

Attorneys for Appellee Northwest Trustee Services Inc  

## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| FRAZER, W. MARK AKA WILLIAM MARK ) | |
| AND KONILYNN, ) | Bankruptcy Case No. 10-44491-PBS |
| ) | |
| Debtors. ) | Adv. No. 10-04390-PBS |
| ) | |
| ) | Internal Appeal No. 11-T004 |
| ) | |
| FRAZER, ET AL V. DEUTSCHE BANK ) | USDC Case No. C11-5954 |
| NATIONAL TRUST COMPANY, ET AL, ) | |
| ) | |
| Appellants, ) | **NOTICE OF APPEARANCE OF** |
| ) | **APPELLEE NORTHWEST** |
| v. ) | **TRUSTEE SERVICES INC** |
| ) | |
| NORTHWEST TRUSTEE SERVICES INC ) | |
| Appellees. ) | |

TO:  W Mark Frazer and Konilynn Frazer, Pro Se Appellants;

AND TO:  The Clerk of the Court

PLEASE TAKE NOTICE that Melissa Williams Romeo of Routh Crabtree Olsen, P.S., without waiving defenses of lack of subject matter or personal jurisdiction, improper venue, insufficiency of service of process, or any other valid defense, hereby appears for Appellee

NOTICE OF APPEARANCE OF APPELLEE  
NORTHWEST TRUSTEE SERVICES INC  
Page 1 of 2

ROUTH CRABTREE OLSEN, P.S.  
13555 SE 36th St., Ste 300  
Bellevue, WA 98006  
Telephone: 425.458.2121  
Facsimile: 425.458.2131

1  Northwest Trustee Services Inc, in the above-entitled action.  You are further notified that service of

2  all pleadings, notices, documents or other papers herein, except original process, shall be served

3  upon said Appellee by service upon the undersigned at:

Melissa Williams Romeo
Routh Crabtree Olsen, P.S.
13555 SE 36th Street, Suite 300
Bellevue, Washington 98006
Telephone 425-457-7270
Facsimile 425-457-7332

DATED this    27    day of June 2012.

            ROUTH CRABTREE OLSEN, P.S.

             /s/ Melissa Romeo
             Melissa Williams Romeo, WSBA #40644
            Attorneys for Northwest Trustee Services Inc

NOTICE OF APPEARANCE OF APPELLEE
NORTHWEST TRUSTEE SERVICES INC
Page 2 of 2

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131