Melissa Williams Romeo, WSBA #40644  The Honorable Judge Benjamin H Settle
ROUTH CRABTREE OLSEN, P.S.  Chapter 7
13555 SE 36th Street, Suite 300
Bellevue, WA  98006
Telephone:  425-457-7270
Facsimile:  425-457-7332

Attorneys for Appellee Northwest Trustee Services Inc

# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Chapter 7 |
| FRAZER, W. MARK AKA WILLIAM MARK AND KONILYNN, | Bankruptcy Case No.  10-44491-PBS |
| Debtors. | Adv. No. 10-04390-PBS |
| | Internal Appeal No. 11-T004 |
| FRAZER, ET AL V. DEUTSCHE BANK NATIONAL TRUST COMPANY, ET AL, | USDC Case No. C11-5954 |
| Appellants, | CERTIFICATE OF SERVICE |
| v. | |
| NORTHWEST TRUSTEE SERVICES INC | |
| Appellees. | |

**Certificate of Service**

I certify under penalty of perjury under the laws of the State of Washington that I mailed a true and correct copy of the **Notice of Appearance of Appellee Northwest Trustee Services Inc.,** postage pre-paid, regular first class mail on the __28_____ day of June, 2012, to the following parties:

//

//

//

CERTIFICATE OF SERVICE

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

1
2 //
**Pro Se Appellants**
3 W Mark Frazer and Konilynn
10404 45TH ST CT E
4 EDGEWOOD, WA 98372

5     DATED this ___28_____ day of June, 2012.

6

7                                              /s/ Christopher Coleman
                                            Assistant to Attorney
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CERTIFICATE OF SERVICE

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131